```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                    FORT PIERCE DIVISION
                CASE NO. 11-14007-CR-GRAHAM
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

WILLIAM BOLTON HERNANDEZ,

       Defendant.
_____/

### **ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on October 20, 2011. A Report and Recommendation filed on November 2, 2011 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count One of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of November, 2011.

                              _____
                              DONALD L. GRAHAM
                              UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Frank J. Lynch
        Julia Paylor, AUSA
        Randee J. Golder, Esq.